IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

PAUL VINCENT ANDREOZZI,

    Plaintiff,

v.                                            Civil Action No. 5:05CV83
                                                              (STAMP)
BROOKE COUNTY COMMISSION and
BROOKE COUNTY SHERIFF'S DEPARTMENT,
West Virginia political subdivisions
and KEVIN L. HECK, individually and
in his capacity as agent and employee
of Brooke County Commission and/or
Brooke County Sheriff's Department,

    Defendants.

## **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO CONTINUE TRIAL**

On August 2, 2007, the defendant filed a motion to continue the trial scheduled for August 14, 2007. Based upon this Court's memorandum opinion and order granting the defendant's motion for summary judgment, this Court finds that the defendants' motion to continue the trial is hereby DENIED AS MOOT.

IT IS SO ORDERED.

The Clerk is directed to transmit a copy of this order to counsel of record herein.

DATED:     August 8, 2007

                                                           /s/ Frederick P. Stamp, Jr.
                                                           FREDERICK P. STAMP, JR.
                                                           UNITED STATES DISTRICT JUDGE